**Gerald J. HOLMES, Plaintiff— Appellant,**

v.

**UNITED STATES of America, Defendant—Appellee.**

No. 08–7065.

United States Court of Appeals, Fourth Circuit.

Submitted: April 16, 2009.

Decided: April 22, 2009.

Gerald J. Holmes, Appellant Pro Se. Peter Thomas Phillips, Assistant United States Attorney, Charleston, South Carolina, for Appellee.

Before WILKINSON, NIEMEYER, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Gerald J. Holmes appeals the district court's order denying his motion to modify his sentence pursuant to 18 U.S.C. § 3582(c)(2) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *See United States v. Holmes*, 586 F.Supp.2d 584 (D.S.C.2008). We dispense with oral argument because the facts and legal contentions are adequately presented

in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*